# Court of Appeals
# of the State of Georgia

ATLANTA,__October 03, 2018_____

*The Court of Appeals hereby passes the following order:*

## A19D0097.   DALE RORYSHANE BARRETT v. STATE OF GEORGIA et al.

Dale Roryshane Barrett was arrested on various drug charges, and an officer seized $2,314 in cash that Barrett was carrying. The State of Georgia subsequently filed a civil forfeiture action against the seized property pursuant to OCGA §§ 9-16-11 and 16-13-49, and the trial court entered a final order of disposition, ordering the property forfeited. Barrett has filed a timely application for discretionary review, but his application does not explain why he filed a discretionary application, and based on the materials before us, no provision of OCGA § 5-6-35 appears to apply here.[1]

Accordingly, it appears that Barrett has a right of direct appeal pursuant to OCGA § 5-6-34 (a) (1). If a party timely applies for discretionary review of a directly appealable order, we will grant the application under OCGA § 5-6-35 (j). Thus, this application for discretionary appeal is hereby GRANTED. Barrett shall have ten days from the date of this order to file a notice of appeal, if he has not already done so. The clerk of the superior court is directed to include a copy of this order in the appeal record transmitted to this Court.

---

[1] Although the value of the property forfeited is only $2,314, no discretionary application is required here under OCGA § 5-6-35 (a) (6) because this is not an action for damages.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/03/2018

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*